No. 05-383. SKINNER *v.* MICRODECISIONS, INC. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 05-384. HAMMEL *v.* EAU GALLE CHEESE FACTORY. C. A. 7th Cir. Certiorari denied.

No. 05-385. COHEN *v.* ALLSTATE INSURANCE CO. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 05-388. KOLEV *v.* DEPARTMENT OF HOMELAND SECURITY, BCIS CALIFORNIA SERVICE CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05-389. PATTI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-390. MCCLAIN *v.* RETAIL FOOD EMPLOYERS JOINT PENSION PLAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 05-391. PERKINS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 05-393. BOWLEY *v.* CITY OF UNIONTOWN POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 05-394. KOBS *v.* UNITED WISCONSIN INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 05-396. MURRAY ET AL. *v.* EARLE, INDIVIDUALLY AND AS DISTRICT ATTORNEY OF TRAVIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 05-397. 1-800 CONTACTS, INC. *v.* WHENU.COM, INC. C. A. 2d Cir. Certiorari denied.

No. 05-401. CROWLEY *v.* MCKINNEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 05-402. TELLO *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied.